THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
  *v.* JOHN GORMLEY and GEORGE DASH, Appellants.

*Crimes — attempted robbery — judgment of conviction affirmed.*

People v. *Gormley,* 222 App. Div. 256, affirmed.

(Argued May 7, 1928; decided May 29, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 31, 1927, which affirmed a judgment of the Bronx County Court rendered upon pleas by defendants of guilty of the crime of attempted robbery in the first degree. Before imposition of the sentence defendants made a motion to withdraw their pleas of guilty and for an inspection of the minutes of the grand jury which motion was denied.

*Clark L. Jordan, Jr.,* for appellants.

*John E. McGeehan, District Attorney (George B. DeLuca, Herman J. Fliederblum* and *Israel J. P. Alderman* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS and O'BRIEN, JJ.   Not sitting: LEHMAN and KELLOGG, JJ.